UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| DONNA SHUTE PROVENCHER<br>Debtor | § § | CASE NO. 19-50339-CAG |

| | | |
|---|---|---|
| JOSEPH MAZZARA,<br>Plaintiff | § § § | |
| vs. | § | ADVERSARY CASE # 19-05026-CAG |
| | § § | |
| DONNA SHUTE PROVENCHER<br>Defendant | § § | |

## ORIGINAL ANSWER

Donna Shute Provencher, Defendant, files this corrected original answer to the complaint to determine dischargeability of debt pursuant to 11 U.S.C. § 523(A)(6).

### Admissions & Denials

1. Defendant admits the allegations in Paragraph 1.

2. Defendant admits the allegations in Paragraph 2.

3. Defendant denies the allegations in Paragraph 3.

4. The allegation in Paragraph 4 is conclusory.

5. The allegation in Paragraph 5 is conclusory.

6. The allegation in Paragraph 6 is conclusory.

1

7. Defendant admits that Plaintiff filed the state court complaint.

8. The allegation in Paragraph 8 is conclusory.

9. The allegation in Paragraph 9 is conclusory.

10. Defendant admits the allegation in Paragraph 10.

11. Defendant admits the allegation in Paragraph 11.

12. Defendant denies the allegation in Paragraph 12.

13. The allegation in Paragraph 13 is conclusory.

**Conclusion & Prayer**

WHEREFORE, Defendant respectfully prays that Plaintiff's complaint to determine dischargeability of debt pursuant to 11 U.S.C. § 523(a)(6) be denied and that she have judgment that Plaintiff take nothing and for all other relief to which Defendant is entitled.

Respectfully submitted,

*/S/ Richard L. Ellison*
SBOT 06580700
Richard L. Ellison, P.C.
Broadway Bank Bldg.
500 Main St. Suite J
Kerrville, Texas 78028
Telephone: (830) 792-5601
Facsimile: (830) 792-5602
ATTORNEY FOR DEBTOR/DEFENDANT
DONNA SHUTE PROVENCHER
rellison@richardellisonlaw.com

## CERTIFICATE OF SERVICE

I certify that on June 12, 2019 the above and foregoing instrument was filed with the Clerk of the Bankruptcy Court via the ECF electronic filing system, and the Clerk will electronically deliver a copy to:

U.S. Trustee – SA12

Chapter 7 Trusteee J. Patrick Lowe
pat.lowe.law@gmail.com

William B. Kingman
bkingman@kingmanlaw.com

I further certify that I have served true and correct copies of this pleading by U.S. Mail on the parties listed below and on the attached creditors matrix mailing list.

William B. Kingman
Law Offices of William B. Kingman, PC
3511 Broadway
San Antonio, Texas 78209

/S/ Richard L. Ellison

Label Matrix for local noticing
0542-5
Case 19-50339-cag
Western District of Texas
San Antonio
Mon Jun 10 09:37:05 CDT 2019

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Chase Bank USA NA
P.O. Box 15298
Wilmington, DE 19850-5298

Dept. of Ed/Navient
PO Box 9635
Wilkes Barre, PA 18773-9635

Joseph Mazzara
c/o Jonathan M. Arthur, Esq.
Thomas H. Roberts & Associates PC
105 South First Street
Richmond, Virginia 23219-3718

Lobel Financial Corp.
PO Box 3000
Anaheim, CA 92803-3000

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

SYNCB/Care Credit
950 Forrer Blvd.
Kettering, OH 45420-1469

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Verizon Wireless
Attn: Correspondence Team
P.O. Box 5029
Wallingford, CT 06492-7529

Donna Shute Provencher
426 Stone Creek Drive
Boerne, TX 78006-1804

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

Richard L. Ellison
500 Main St, Suite J
Kerrville, TX 78028-5379

End of Label Matrix
Mailable recipients    12
Bypassed recipients     0
Total                  12