**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 01, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DONNA SHUTE PROVENCHER, | § | CASE NO. 19-50339-CAG |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| JOSEPH MAZZARA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | ADVERSARY NO. 19-05026 |
| | § | |
| DONNA SHUTE PROVENCHER, | § | |
| | § | |
| Defendant | § | |

## AGREED ORDER GRANTING JOINT MOTION TO ABATE
## ADVERSARY PROCEEDING

On this day came on to be considered the *Joint Motion to Abate Adversary Proceeding* filed by Joseph Mazzara, Plaintiff and Donna Shute Provencher, Defendant (collectively, the

"Parties"), and the Court, having considered the pleadings and arguments of counsel, is of the opinion that said Motion should be in all things granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this matter shall be abated including abatement of all deadlines until no sooner than twenty days after the Virginia Litigation and related appeals, if any, have concluded.  IT IS FURTHER ORDERED

that the Parties shall file another motion with this Court requesting that the abatement be lifted and that a new Scheduling Order be entered at such time.

###

**Submitted by**:
William B. Kingman, SBN 11476200
Law Offices of William B. Kingman, PC
3511 Broadway
San Antonio, TX  78209
(210) 829-1199/Fax: (210) 821-1114
bkingman@kingmanlaw.com
ATTORNEY FOR JOSEPH MAZZARA


**AGREED:**

Law Offices of William B. Kingman, P.C.
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 829-1199
Facsimile: (210) 821-1114

By: */s/ William B. Kingman*
William B. Kingman, State Bar No. 11476200
***ATTORNEYS FOR JOSEPH MAZZARA***

And

Richard L. Ellison, P.C.
500 Main St., Ste. J
Kerrville, Texas 78028
Telephone: (830) 792-5601
Facsimile: (830) 792-5602

By: *Richard L. Ellison*,
    State Bar No. 06580700
*ATTORNEYS FOR DONNA SHUTE PROVENCHER*